IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD LENNON, III | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv483 |
| MATT BINGHAM, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Charles Edward Lennon, III, a detainee in the Smith County Jail, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Dkt. #13) concluding that the lawsuit should be dismissed for want of prosecution and failure to obey an order. As of today, Mr. Lennon has failed to comply with the order. The case should be dismissed for want of prosecution.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections being raised by Mr. Lennon to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

**ORDERED** that the complaint is **DISMISSED** without prejudice for want of prosecution and failure to obey an order of the court. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 2 day of **January, 2019.**

Thad Heartfield
United States District Judge